

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2022

No. 04-22-00009-CV

**IN THE INTEREST OF D.R.B. AND E.B.,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 1988-CI-00019
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellee's brief is currently due no later than October 7, 2022. This deadline reflects the Court's granting of Appellee's first unopposed motion for extension of time, which allowed for a sixty-day extension. Appellee now files a second unopposed motion for extension of time and seeks a thirty-day extension.

We GRANT IN PART the motion. Appellee is ORDERED to file Appellee's brief **no later than October 21, 2022**. Further requests for extension of time will be disfavored absent extenuating circumstances.

_Rebeca C. Martinez_
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court